IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IRIS KITCHEN,<br><br>    Plaintiff,<br><br>vs.<br><br>JUDGE MICHAEL D. NELSON,<br><br>    Defendant. | 8:22CV117<br><br>ORDER |

On April 29, 2022, the filing fee was paid in this case. Accordingly,

IT IS ORDERED: At the direction of the court, this case is removed from the pro se docket. The clerk's office shall randomly assign new judges to this case and request a reassignment order from the Chief Judge.

DATED this 2nd day of May, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge