IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IRIS KITCHEN,<br><br>   Plaintiff,<br><br>vs.<br><br>JUDGE MICHAEL D. NELSON,<br><br>   Defendant. | 8:22CV117<br><br>**ORDER** |

This matter is before the Court on plaintiff's motion to reopen her case, Filing No. 12, and for leave to proceed in forma pauperis, Filing No. 13. The Court has reviewed these motions and finds them to be frivolous and without merit.

THERFORE, IT IS ORDERED THAT plaintiff's motions to reopen her case, Filing No. 12, and for leave to proceed in forma pauperis, Filing No. 13, are denied.

Dated this 13th day of June, 2022.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge