IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IRIS KITCHEN,<br><br>                Plaintiff,<br><br>vs.<br><br>JUDGE MICHAEL D. NELSON,<br><br>                Defendant. | **8:22CV117**<br><br>**ORDER** |

      This matter is before the Court on the plaintiff's motion to recuse judges. Filing No. 15. The Court has reviewed this motion and finds it to be frivolous and fully without merit. The Court notes that this case has been previously dismissed. Filing No. 9 and Filing No. 10. Plaintiff has asked the Court to reopen her case (Filing No. 12) and said request was denied. Filing No. 14. Plaintiff additionally filed an amended complaint, Filing No. 11, in a closed file. Plaintiff did not have permission to file an amended complaint.

      THEREFORE, IT IS ORDERED that Plaintiff's motion to recuse judges, Filing No. 15, is denied. It is further ordered that the Clerk of Court shall strike Filing No. 11.

      Dated this 29th day of June, 2023.

                                                        BY THE COURT:

                                                        s/ Joseph F. Bataillon
                                                        Senior United States District Judge